**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

---

**JOHN BRICKER,**
Plaintiff,

v. Case No. 3:26-cv-01125-CCB-SJF

**JAMES M. EPSTEIN, individually, and**
**LAKE FRONT ASSOCIATES LLC,**

Defendants.

-FILED-
AUG 10 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

---

**NOTICE OF RELATED ACTION**

Plaintiff John Bricker, appearing pro se, gives notice of a related action pursuant to N.D. Ind. L.R. 40-1(d), and states:

1. This action, Bricker v. Epstein, et al., Case No. 3:26-cv-01125-CCB-SJF, was filed July 30, 2026, and is assigned to the Honorable Cristal C. Brisco, District Judge, and the Honorable Scott J. Frankel, Magistrate Judge.

2. The related action is Bricker v. Weichert Real Estate Affiliates, et al., Case No. 3:26-cv-00702, pending in this District before the Honorable Damon R. Leichty, District Judge, and the Honorable Scott J. Frankel, Magistrate Judge. That action was filed earlier than this one.

3. The two actions involve the same property. Both arise from Plaintiff's commercial tenancy at 208 and 210 Freyer Road, Michigan City, LaPorte County, Indiana, and from the termination of that tenancy and the disposition of the real estate.

4. The two actions also arise out of the same transaction or occurrence. Both concern the 2024 eviction proceeding brought against Plaintiff in LaPorte Superior Court, the conduct of

the parties surrounding that proceeding, and the sale of the same real estate. The defendants differ, but the underlying events, the time period, and the property are the same, and the two actions will draw on substantially overlapping records, documents, and witnesses.

5. Plaintiff identified Case No. 3:26-cv-00702 as a related case in Section VIII of the Civil Cover Sheet filed with the Complaint in this action and advised the Clerk of the relationship at the time of filing. Plaintiff files this Notice to place the relationship on the docket as N.D. Ind. L.R. 40-1(d) requires.

6. Under N.D. Ind. L.R. 40-1(e), when the court determines that two cases are related, the case filed later must be transferred to the judge handling the earlier-filed case. Plaintiff respectfully submits that this action is the later-filed of the two and requests that the Court determine whether the actions are related and, if so, transfer this action accordingly. Plaintiff takes no position beyond the application of the rule and defers entirely to the Court.

Respectfully submitted,

[signature]

John Bricker, Pro Se
P.O. Box 144
New Buffalo, Michigan 49117
(269) 612-8946
octovent@fastmail.fm

Dated: ____________________, 2026

**CERTIFICATE OF SERVICE**

As of the date of this filing, no Defendant has been served with process and no Defendant has appeared in this action. A copy of this Notice of Related Action will be served upon each Defendant together with the summons and Complaint.

John Bricker