JOHN BRICKER
P.O. BOX 144
NEW BUFFALO, MI 49117

GRAND RAPIDS MI 493
7 AUG 2026 PM 4 L

Freedom 250




Clerk of Court
United States District Court
Northern District of Indiana
Robert A. Grant Federal Bldg
204 South Main Street
South Bend, Indiana 46601

46601-219499