**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M EPSTEIN, et al.,<br><br>Defendants. | CASE NO. 3:26-CV-1125-CCB-SJF |

**ORDER**

Pursuant to N.D. Ind. L.R. 40-1(e), the above-captioned case is **REASSIGNED** to the Honorable Damon R. Leichty. Judge Leichty is the United States District Judge assigned to the related, earlier filed case titled *Bricker v. Weichert Real Estate Affiliates Inc. et al*, docketed under cause number 3:26-cv-702-DRL-SJF.

**SO ORDERED** this 18th day of August 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge