UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CASE NO.
3:26-CV-1125-DRL-SJF

**John Bricker**
PLAINTIFF

– *v* –

**James M. Epstein, et al.**
DEFENDANTS

## APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for James M. Epstein and Lake Front Associates LLC.

Date: September 3, 2026

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64

CHESTER LAW OFFICE
230 N. Main St., Suite 2
Elkhart, IN 46516
(574) 296-1515
(574) 295-9316 - fax
tom@chesterlawoffice.com

CERTIFICATE OF SERVICE

I certify that on September 3, 2026, I served this appearance on Plaintiff at P.O. Box 144, New Buffalo, MI 49117, via U.S. mail, correct postage prepaid.

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64