United States District Court
Northern District of Indiana
South Bend Division

Case No.
3:26-CV-1125-DRL-SJF

**John Bricker**
Plaintiff

– *v* –

**James M. Epstein, et al.**
Defendants

## Motion to Extend

The Defendants respectfully move the Court under Federal Rule of Civil Procedure 6(b)(1)(A) and N.D. Ind. L.R. 6-1(a) for an extension of time within which to answer or otherwise respond to Plaintiff's Complaint, and in support state:

1. The Defendants were served with the summons and complaint on August 27, 2026.

2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' response is due on September 17, 2026. That deadline has not previously been extended.

3. The Defendants request an extension of 28 days, to and including October 15, 2026, within which to answer or otherwise respond to the complaint.

4. Good cause supports the requested extension. Counsel has only recently been retained and requires additional time to review the complaint and its exhibits, to review the extensive prior state court proceedings between these parties referenced in the complaint, to investigate the factual allegations, and to

determine and prepare the appropriate response, which may include a Federal Rule of Civil Procedure 12 motion.

5. This is Defendants' first request for an extension of this deadline. The request is made in good faith and not for purposes of delay. No scheduling order has been entered and no hearing or trial date has been set, and the requested extension will not prejudice any party or delay the orderly progress of this case.

6. John Bricker is self-represented. Under N.D. Ind. L.R. 6-1(c)(1), an attorney is not required to consult with a self-represented party before filing a motion to extend time. Counsel accordingly hasn't conferred with Plaintiff regarding this motion and does not represent Plaintiff's position on the relief requested.

7. Because this case includes a pro se party, the automatic initial extension provided by N.D. Ind. L.R. 6-1(b) is unavailable. See N.D. Ind. L.R. 6-1(c)(2). The Defendants therefore proceed by written motion under N.D. Ind. L.R. 6-1(a).

Therefore, Defendants respectfully requests that the Court grant this motion; extend the deadline for them to answer or otherwise respond to the complaint from September 17, 2026 to and including October 15, 2026; and grant all other just and proper relief.

Date: September 3, 2026

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64

Chester Law Office
230 N. Main St., Suite 2
Elkhart, IN 46516
(574) 296-1515
(574) 295-9316 - fax
tom@chesterlawoffice.com

## Certificate of Service

I certify that on September 3, 2026, I served this paper on Plaintiff at P.O. Box 144, New Buffalo, MI 49117, via U.S. mail, correct postage prepaid.

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64