UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CASE NO.
3:26-CV-1125-DRL-SJF

**John Bricker**
PLAINTIFF

*– v –*

**James M. Epstein, et al.**
DEFENDANTS

## DISCLOSURE STATEMENT

Lake Front Associates LLC is a limited-liability company organized under Colorado's laws. It has a single non-corporate, individual member and no wholly-owned subsidiaries. The individual member is an Indiana citizen.

Date: September 4, 2026

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64

CHESTER LAW OFFICE
230 N. Main St., Suite 2
Elkhart, IN 46516
(574) 296-1515
(574) 295-9316 - fax
tom@chesterlawoffice.com

CERTIFICATE OF SERVICE

I certify that on September 4, 2026, I served this paper on Plaintiff at P.O. Box 144, New Buffalo, MI 49117, via U.S. mail, correct postage prepaid.

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64