UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CASE NO.
3:26-CV-1125-DRL-SJF

**John Bricker**
PLAINTIFF

*– v –*

**James M. Epstein, et al.**
DEFENDANTS

# AMENDED DISCLOSURE STATEMENT

Lake Front Associates LLC files this statement under Fed. R. Civ. P. 7.1 and General Order No. 2023-06.

1. **Corporate interests.** Lake Front Associates LLC is a limited-liability company organized under Colorado's laws. It has no parent corporation, and no publicly held corporation owns 10% or more of any interest in it.

2. **Citizenship.** Its sole member is James M. Epstein, an individual. Epstein is a citizen of Indiana. No other individual or entity holds a membership interest, and no other person's citizenship is attributed to Lake Front Associates LLC.

3. **Insurance.** No insurance carrier may be liable, in whole or in part, directly or indirectly, for a judgment in this action or for the cost of defense.

4. **Basis for federal jurisdiction.** The asserted basis is diversity of citizenship under 28 U.S.C. § 1332(a)(1). Plaintiff is a citizen of Michigan. Epstein is a citizen of Indiana, and Lake Front Associates LLC shares his citizenship. Plaintiff pleads that the amount in controversy exceeds $75,000, exclusive of

interest and costs, and states the basis in his Amended Complaint (DE 9) at ¶¶ 1–9.

5. **Supplementation.** Lake Front Associates LLC will supplement as soon as practical if the facts change.

Date: September 9, 2026

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64

CHESTER LAW OFFICE
230 N. Main St., Suite 2
Elkhart, IN 46516
(574) 296-1515
(574) 295-9316 - fax
tom@chesterlawoffice.com

CERTIFICATE OF SERVICE

I certify that on September 9, 2026, I served this paper on Plaintiff at P.O. Box 144, New Buffalo, MI 49117, via U.S. mail, correct postage prepaid.

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64