-FILED-
SEP 14 2026
At ________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN BRICKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:26-cv-01125-DRL-SJF |
| v. | ) | |
| | ) | |
| JAMES M. EPSTEIN, individually, and | ) | |
| LAKE FRONT ASSOCIATES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, John Bricker, Plaintiff pro se, certify that on September 9, 2026, I served a true and complete copy of Plaintiff's Amended Complaint, filed in this cause as Document 9-~~10~~, together with its exhibit, upon counsel for both Defendants by first-class United States mail, postage prepaid, addressed as follows:

Thomas Vetne

Chester Law Office,

230 N. Main St., Suite 2,

Elkhart, IN 46516.

Counsel for Defendants James M. Epstein

and Lake Front Associates LLC

Plaintiff files this Certificate pursuant to Fed. R. Civ. P. 5(d)(1)(B) and the Court's CM/ECF Civil and Criminal User Manual, which provides that documents filed conventionally rather than electronically "shall be served in the manner provided for in the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Indiana."

Respectfully submitted,

John Bricker, Plaintiff Pro Se

P.O. Box 144

New Buffalo, MI 49117

octovent@fastmail.fm

P.O. Box 144
New Buffalo, Mi
49117

GRAND RAPIDS MI 493
10 SEP 2026 PM 4 L

1776 ★ 2026
USA FOREVER

Clerk of Court
United States District Court
Northern District of Indiana
Robert A. Grant Federal Bldg
204 South Main Street
South Bend, Indiana 46601

46601-219499