**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

JOHN BRICKER,

Plaintiff,

v.

JAMES M EPSTEIN, et al.,

Defendants.

CASE NO. 3:26-CV-1125-DRL-SJF

## ORDER

Before the Court is a Motion to Extend filed by Defendants James Epstein and Lake Front Associates LLC on September 3, 2026. In this motion, Defendants ask the Court for a 28-day extension of the deadline for Defendants to respond to the Complaint filed by *pro se* Plaintiff John Bricker.

An adverse party shall have fourteen days after service of a motion in which to serve and file a response. N.D. Ind. L.R. 7-1(d)(3)(A). Failure to file a response within the time prescribed may subject the motion to summary ruling. N.D. Ind. L.R. 7-1(d)(5). As of this date, Mr. Bricker, proceeding pro se, has neither responded to Defendants' motion nor provided any explanation for the inaction.[1] Consequently, this Court can only treat Defendants' Motion as unopposed. But just after Defendants moved for this extension, Mr. Bricker filed an Amended Complaint. Thus, the Court **DENIES as MOOT** the Motion to Extend filed by Defendants. [DE 6].

---

[1] Plaintiff was afforded an additional three days to respond because he is served by mail. *See* Fed. R. Civ. P. 6(d).

Mr. Bricker's amended complaint changes the applicable response deadline here. The amended complaint was filed on September 3, 2026, but it was not docketed by the Court until September 8, 2026, and it was not served by Mr. Bricker until September 9, 2026. [*See* DE 9 and DE 11 (certificate of service filed by Mr. Bricker)]. Under Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the amended complaint is due within 14 days of service of the amended complaint. As Mr. Bricker served the amended complaint by mail, the response deadline is considered September 26, 2026. *See* Fed. R. Civ. P. 6(d)(adding three days to respond because of service by mail). But as September 26, 2026, is a Saturday, Defendants' deadline to respond to the amended complaint is moved to the following Monday, September 28, 2026. *See* Fed. R. Civ. P. 6(a)(1)(C).

Still, with no objection to the original 28-day extension requested, the Court now ***sua sponte*** **EXTENDS** the deadline for Defendants to respond to Amended Complaint to the original extended deadline requested, **October 15, 2026**.

**SO ORDERED** this 23rd day of September 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge