United States District Court
Northern District of Indiana
South Bend Division

Case No.
3:26-CV-1125-DRL-SJF

**John Bricker**
Plaintiff

*–v–*

**James M. Epstein, et al.**
Defendants

# Motion for Partial Dismissal

The Defendants move, under Federal Rule of Civil Procedure 12(b)(6) to dismiss these claims in John Bricker's amended complaint [DE 9]:

- Count I (wrongful exclusion, ouster, and trespass);
- Count III (fraud in the inducement and "alter ego");
- Count V (intentional infliction of emotional distress);
- Count VI (tortious interference);
- Count VII (Crime Victims Relief Act); and
- Count IV's notice-and-cure, quiet-possession, and buyer-continuation claims [DE 9 ¶ 95(a)–(c), (e)].

Defendants also move under Rule 12(b)(1) to dismiss the notice-and-cure claims to the extent they seek damages for the loss of possession the state court ordered. The Court lacks jurisdiction over those damages under the *Rooker-Feldman* doctrine. Fed. R. Civ. P. 12(h)(3).

Defendants' memorandum supporting dismissal and its two exhibits, filed with this motion, explain the grounds.

Defendants don't move to dismiss Count II, or Count IV's Sale Addendum and doorway claims [DE 9 ¶¶ 93–94, 95(d)], at this stage. They reserve all defenses to those claims and will answer them within the time Rule 12(a)(4)(A) allows.

The Court should grant this motion and dismiss the claims listed above.

Date: October 12, 2026

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64

CHESTER LAW OFFICE
230 N. Main St., Suite 2
Elkhart, IN 46516
(574) 296-1515
(574) 295-9316 - fax
tom@chesterlawoffice.com

CERTIFICATE OF SERVICE

I certify that on October 12, 2026, I served this paper on Plaintiff at P.O. Box 144, New Buffalo, MI 49117, via U.S. mail, correct postage prepaid.

*/s/ J. Thomas Vetne*
J. Thomas Vetne | 19606-64