UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN BRICKER,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. EPSTEIN *et al.*,<br><br>Defendants. | CAUSE NO. 3:26cv1125 DRL-SJF |

ORDER

Defendants James M. Epstein and Lake Front Associates LLC filed a partial motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Because of plaintiff's *pro se* status and in the spirit of *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982), the court advises the plaintiff as follows:

A partial motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim has been filed against you by James M. Epstein and Lake Front Associates, LLC. It asks the court to dismiss some of your claims against them without a trial. You should carefully read and follow all of the pertinent Federal Rules of Civil Procedure and Northern District of Indiana Local Rules concerning this motion, both sets of which are readily available online. The outcome of your case may depend on it. Though following the rules does not guarantee that the motion will be denied, failing to follow the applicable rules may result in the partial dismissal of your claim.

To the extent you wish to respond to the motion, the court ORDERS you to file your response by November 3, 2026. If you do not file a response to the motion to dismiss, the

court may rule on the motion summarily under N.D. Ind. Local Rule 7-1(d)(5) and may dismiss some of the claims against James M. Epstein and Lake Front Associates, LLC, if warranted.

SO ORDERED.

October 13, 2026

*s/ Damon R. Leichty*
Judge, United States District Court