# EXHIBIT A

Electronic mail from Plaintiff John Bricker to J. Thomas Vetne
dated September 4, 2026

Offered in support of Plaintiff's Motion for Extension of Time
Bricker v. Epstein, No. 3:26-cv-01125-DRL-SJF (N.D. Ind.)

# Bricker v. Epstein, No. 3:26-cv-01125-DRL-SJF

**From:** John Bricker <octovent@fastmail.fm>
**To:** tom@chesterlawoffice.com
**Subject:** Bricker v. Epstein, No. 3:26-cv-01125-DRL-SJF
**Date:** Friday, September 04, 2026 09:32
**Size:** 1 KB

---

09/04/2026
Mr. Vetne,

I have received your appearance and your motion to extend. I do not oppose the extension.
On September 3, 2026 I tendered an Amended Complaint to the clerk under Fed. R. Civ. P. 15(a)(1). A copy is in the mail to your office and it should appear on the docket shortly. I mention it because it may bear on the response date in your pending motion.
I won't waste your time and I intend to cooperate fully in the orderly progress of this case and am available to confer whenever that would be useful.

Best Regards

John Bricker
Plaintiff pro se
P.O. Box 144, New Buffalo, MI 49117
(269) 612-8946 · octovent@fastmail.fm