IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN BRICKER,

Plaintiff,

CAUSE NO. 3:26-cv-01125-DRL-SJF

v.

JAMES M. EPSTEIN and LAKE FRONT ASSOCIATES, LLC,

Defendants.

**ORDER**

This matter having come before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Partial Motion to Dismiss, and the Court finding good cause shown:

IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline set by the Court's Order of October 13, 2026 [DE 15] is extended, and Plaintiff's response to Defendants' Partial Motion to Dismiss [DE 13] shall be filed on or before December 1, 2026.

SO ORDERED.

Dated: ______________________

______________________________

Judge, United States District Court

Northern District of Indiana