JOHN BRICKER
P>o> Box 144
New Buffalo, Michigan 49117

Retail

U.S. POSTAGE PAID
FCM LG ENV
NEW BUFFALO, MI 49117
OCT 23, 2026

UNITED STATES POSTAL SERVICE

46601

$2.27

RDC 99

S2324K502155-03

Clerk of the Court
United States District Court
Northern District of Indiana
204 South Main Street
South Bend, Indiana 46601