UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN BRICKER,

Plaintiff,

v.

JAMES M EPSTEIN *et al.*,

Defendants.

CAUSE NO. 3:26cv1125 DRL-SJF

ORDER

John Bricker filed a *pro se* motion for an extension of time to respond to defendants' partial motion to dismiss. He asks for an additional 28 days citing extensive prior state court proceedings and the equitability of affording him the same extension afforded to defendants to serve their answer in this action. The defendants have not objected.

Accordingly, the court GRANTS Mr. Bricker's motion for an extension [17], DENIES AS MOOT the previous motion for an extension [16], and ORDERS Mr. Bricker to file his response by December 1, 2026. Mr. Bricker is reminded that if he does not file a response to the motion to dismiss, the court may rule on the motion summarily under N.D. Ind. Local Rule 7-1(d)(5) and may dismiss some of the claims against James M. Epstein and Lake Front Associates, LLC, if warranted.

SO ORDERED.

November 10, 2026

*s/ Damon R. Leichty*
Judge, United States District Court